UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Power Tool Specialists, Inc.,<br><br>　　　　Plaintiff,<br>v.<br><br>Black & Decker, Inc.<br>and Black & Decker (U.S.), Inc.,<br><br>　　　　Defendants. | Civil Action No.: 05-30287-MAP |

## COMPLAINT

Plaintiff Power Tool Specialists, Inc., for its Complaint against Defendants, Black & Decker, Inc. and Black & Decker (U.S.), Inc. (collectively "Defendants"), avers and alleges as follows:

1.　　This is an action for patent infringement arising under the Acts of Congress relating to patents, including Title 35, United States Code.

## The Parties

2.　　Plaintiff Power Tool Specialists, Inc. ("PTS") is a Massachusetts corporation, having a principal place of business at 3 Craftsman Road, East Windsor, Connecticut 06088.

3.　　Upon information and belief, Defendant Black & Decker, Inc. is a corporation of the State of Delaware, having a place of business at 1207 Drummond Plaza, Newark, Delaware 19711.



1

4. Upon information and belief, Defendant Black & Decker (U.S.), Inc. is a corporation of the State of Maryland, having a place of business at 701 East Joppa Road, Towson, Maryland 21286.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction over this action under the provisions of 28 U.S.C. §§ 1331 and 1338(a) in that this action arises under the Patent Statutes.

6. This Court has personal jurisdiction over Defendants as Defendants are doing business in this District including the selling, offering for sale or use of infringing products in this District.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## Count I

## Patent Infringement

8. United States Patent No. 5,957,472 entitled "Apparatus Forming A Combined Hand Truck and Machine Stand" was duly and legally issued on September 28, 1999 to inventor Anthony J. Borgatti (hereinafter referred to as "the '472 patent"). A copy of the '472 patent is attached hereto as Exhibit A.

9. PTS is, and has been since September 28, 1999, the owner of the '472 patent.

10. Upon information and belief, Defendants have infringed and are now directly infringing, inducing infringement by others, and/or contributorily infringing one or more claims of the '472 patent within this District and elsewhere within the United States by making, using, selling, and/or offering to sell products falling within the scope of such claims, all without authority or license from Plaintiff.

11. Defendants infringing products include the WM500 Workmate® and WM525 Workmate® Handtruck.

### Prayer For Relief

WHEREFORE, Plaintiff PTS prays for judgment as follows:

A. That this Court decree that Defendants have infringed, induced others to infringe, and/or contributed to the infringement of the '472 patent;

B. That this Court grant a permanent injunction restraining and enjoining Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, from further infringement of the '472 patent during the remaining term thereof;

C. That this Court award Plaintiff damages adequate to compensate for the infringement of the '472 patent by Defendants, but in no event less than a reasonable royalty for the use made of the invention by Defendants, in an amount to be determined at trial, including interest and costs; and

D.  For such other and further relief which the Court, in its discretion, may deem just and proper.

## Jury Trial Demand

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Power Tool Specialists, Inc. demands a trial by jury on all issues so triable.

Power Tool Specialists, Inc.

Dated: 12-27-2005          By: _____
J. Kevin Grogan (BBO635089)
Arthur F. Dionne (BBO125760)
Donald J. MacDonald (BBO644582)
Kevin H. Vanderleeden (BBO648361)
McCormick, Paulding & Huber LLP
1350 Main Street
5th Floor
Springfield, MA 01103
Tel.: 860-549-5290
Fax: 860-527-0464

Attorneys for the Plaintiff

*Of Counsel*:

Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax: (860) 527-0464