IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., <br><br> Defendants. | Civil Action No. 3:05-cv-30287-MAP |
| BLACK & DECKER (U.S.) INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> POWER TOOL SPECIALISTS, INC., <br><br> Counterclaim Defendant. | **STIPULATED ORDER OF DISMISSAL** |

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Power Tool Specialists, Inc., Black & Decker Inc. and Black & Decker (U.S.) Inc. have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All claims, defenses and counterclaims that were or could have been made by and between the parties relating to this Civil Action are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This Court retains jurisdiction over the parties for the purpose of enforcing the Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

SO ORDERED:

Dated: _____

_____
United States District Judge

STIPULATED AND AGREED TO:

| On behalf of Power Tool Specialists, Inc.: | On behalf of Black & Decker Inc. and Black & Decker (U.S.) Inc.: |
|---|---|
| /s/ Kevin H. Vanderleeden<br>(signed with permission) | /s/ Raymond P. Niro, Jr. |
| J. Kevin Grogan (BBO # 635089)<br>  Email:  grogan@ip-lawyers.com<br>Arthur F. Dionne (BBO # 125760)<br>  Email:  dionne@ip-lawyers.com<br>Kevin H. Vanderleeden (BBO # 648361)<br>  Email:  vanderleeden@ip-layers.com<br>Donald J. MacDonald (BBO# 644582)<br>  Email:  macdonald@ip-lawyers.com<br>MCCORMICK, PAULDING & HUBER LLP<br>1350 Main Street, 5th Floor<br>Springfield, Massachusetts 01103<br>Phone:  (413) 736-5401<br>Facsimile:  (413) 733-4543 | Raymond P. Niro<br>  Email:  rniro@nshn.com<br>Raymond P. Niro, Jr.<br>  Email:  rnirojr@nshn.com<br>Christopher J. Lee<br>  Email:  lee@nshn.com<br>Richard B. Megley, Jr.<br>  Email:  megleyjr@nshn.com<br>Dina M. Hayes<br>  Email:  hayes@nshn.com<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602-4515<br>Phone:  (312) 236-0733<br>Facsimile: (312) 236-3137<br><br>C. Jeffrey Kinder (BBO# 563890)<br>  Email:  kinder@fierstpucci.com<br>FIERST, PUCCI & KINDER LLP<br>64 Gothic Street, Suite 4<br>Northampton, Massachusetts 01060<br>Phone:  (413) 584-8067<br>Facsimile:  (413) 585-0787 |