IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., <br><br> Defendants. | Civil Action No. 3:05-cv-30287-MAP |
| BLACK & DECKER (U.S.) INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> POWER TOOL SPECIALISTS, INC., <br><br> Counterclaim Defendant. | **STIPULATED ORDER OF DISMISSAL** |

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Power Tool Specialists, Inc., Black & Decker Inc. and Black & Decker (U.S.) Inc. have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All claims, defenses and counterclaims that were or could have been made by and between the parties relating to this Civil Action are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3.  This Court retains jurisdiction over the parties for the purpose of enforcing the Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

✓ SO ORDERED:

Dated: *June 7, 2006*

*Michael A. Ponsor*
United States District Judge

STIPULATED AND AGREED TO:

On behalf of Power Tool Specialists, Inc.:

On behalf of Black & Decker Inc. and Black & Decker (U.S.) Inc.:

/s/ Kevin H. Vanderleeden
(signed with permission)

/s/ Raymond P. Niro, Jr.

J. Kevin Grogan (BBO # 635089)
    Email: grogan@ip-lawyers.com
Arthur F. Dionne (BBO # 125760)
    Email: dionne@ip-lawyers.com
Kevin H. Vanderleeden (BBO # 648361)
    Email: vanderleeden@ip-layers.com
Donald J. MacDonald (BBO# 644582)
    Email: macdonald@ip-lawyers.com
MCCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Phone: (413) 736-5401
Facsimile: (413) 733-4543

Raymond P. Niro
    Email: rniro@nshn.com
Raymond P. Niro, Jr.
    Email: rnirojr@nshn.com
Christopher J. Lee
    Email: lee@nshn.com
Richard B. Megley, Jr.
    Email: megleyjr@nshn.com
Dina M. Hayes
    Email: hayes@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137

C. Jeffrey Kinder (BBO# 563890)
    Email: kinder@fierstpucci.com
FIERST, PUCCI & KINDER LLP
64 Gothic Street, Suite 4
Northampton, Massachusetts 01060
Phone: (413) 584-8067
Facsimile: (413) 585-0787

2